**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1037**

———————

BETTY JANE AYERS,

                  Plaintiff - Appellant,

      v.

SHEETZ, INC.,

                  Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, Chief District Judge.  (3:11-cv-00434)

———————

Submitted:  September 24, 2013    Decided:  September 26, 2013

———————

Before NIEMEYER and THACKER, Circuit Judges, HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Betty Jane Ayers, Appellant Pro Se.  Benjamin Todd Hughes, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Betty Jane Ayers appeals the district court's order entering judment in favor of the Defendant/Appellee in accordance with the jury's verdict. We have reviewed the record, including the transcript of the trial and find no reversible error. Accordingly, we affirm. We deny Ayers' motion to vacate judgment and grant the Appellee's motion to submit on briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>